**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: WALL007 LLC, et al.<br><br>Debtor(s)<br>____________________<br><br>JUN LI, et al.<br><br>Appellant(s)<br><br>v.<br><br>WALL007 LLC, et al.<br><br>Appellee(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 20-31131-HDH<br>CHAPTER NO. 7<br><br><br><br><br><br><br>CIVIL ACTION NO. 3:20-CV-3387-E |

**<u>ORDER</u>**

The above-captioned case is hereby transferred to the docket of the Honorable Judge Brantley Starr, and shall henceforth carry the suffix letter "X".

**SO ORDERED**, signed November 20, 2020.

____________________________
ADA BROWN
UNITED STATES DISTRICT JUDGE